IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Patricia Dansby**,

    Plaintiffs,

      v.

              CIVIL ACTION FILE
              NO. 1:19-cv-05616-WMR

**Housing Authority of DeKalb County and Eugene Walker** in his official capacity as its Executive Director**,**

    Defendants.

## **ORDER**

On April 20, 2020, the parties settled this case in a mediation with Judge Salinas. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement or within the next sixty (60) days. If settlement negotiations should fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**IT IS SO ORDERED** this 24th day of April, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE