## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

PATRICIA DANSBY,

     Plaintiff,

v.

HOUSING AUTHORITY OF
DEKALB COUNTY
and
EUGENE WALKER in his official
capacity as its Executive Director,

     Defendants.

CIVIL ACTION
FILE NO. 1:19-CV-5616-WMR

## <u>ORDER GRANTING JOINT MOTION TO DISMISS</u>

The parties' Joint Motion to Dismiss is hereby GRANTED.

This 2nd day of September, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE